Opinion issued January 26, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00523-CV

———————————

HARVEY ROSEN, Appellant

V.

WATTS,
GUERRA, CRAFT, LLP, THE WATTS LAW FIRM AND MICKEY D. ALTMAN, Appellees



 



 

On Appeal from the 190th District Court 

Harris County, Texas



Trial Court Cause No. 2009-65657

 



MEMORANDUM OPINION

Appellant, Harvey Rosen, has filed an unopposed
motion to dismiss the appeal.  No opinion
has issued.  Accordingly, we grant the
motion and dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings,
Massengale, and Huddle.